1  BENJAMIN B. WAGNER
   United States Attorney
2  NICHOLAS M. FOGG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )  2:12-CR-00010-CKD
                                  )
11          Plaintiff,            )  Order Vacating TCH and Jury
                                  )  Trial, Setting Status Hearing,
12                                )  and  Excluding Time Under Local
                                  )  Code T4
13       v.                       )
                                  )
14 DAVID V. GARCIA,               )  DATE:  March 1, 2012
                                  )  TIME:  2:00 p.m.
15          Defendant.            )  JUDGE: Carolyn K. Delaney
   _____)

16

17     It is hereby ordered that the Trial Confirmation Hearing set

18 for February 23, 2012 and the Jury Trial set for March 5, 2012

19 are VACATED.  A Status Hearing is set for March 1, 2012 at 2 p.m.

20 Time is excluded from today's date through March 1, 2012 under

21 Local Code T4, as the Court finds that the ends of justice served

22 by granting this continuance outweigh the best interests of the

23 public and the defendant in a speedy trial.

24     IT IS SO ORDERED.

25 Dated: February 23, 2012

26                              /s/Carolyn K. Delaney
                                HON. CAROLYN K. DELANEY
27                              United States Magistrate Judge

28